COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 December 17, 2015
 No. 10-14-00308-CR
 ANDRIA ANTIONETTE HARRIS
 v.
 THE STATE OF TEXAS
 _______________
 
 From the County Court at Law No. 1
 Brazos County, Texas
 Trial Court No. 12-03413-CRM-CCL1
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issue raised and finds no reversible error is presented. Accordingly the trial court's judgment signed on August 6, 2014 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK
 
 By: ___________________________
 Nita Whitener, Deputy Clerk